**Order entered June 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00421-CR
No. 05-13-00422-CR
No. 05-13-00423-CR
No. 05-13-00424-CR
No. 05-13-00425-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT G. HILL III, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00180-Q, F11-00181-Q, F11-00182-Q,**
**F11-00183-Q, F11-00191-Q**

## ORDER

The reporter's record is overdue in these State's appeals. Accordingly, the Court

**ORDERS** court reporter Marissa Garza to file, within **THIRTY DAYS** of the date of this order,

the reporter's record of all of the hearings conducted on appellee's motion to dismiss.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to

Marissa Garza, official court reporter, 204th Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE